Printed: 05/06/11 07:27 PM

Page: 1

# Claims Distribution Small Checks

**Trustee: JOSIAH L. MASON (550220)**

Case: 10-62655  JOHNSON, DONALD HUGH

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | 114 | 05/06/11 | | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $0.91 |
| 9200898289866 | | | 11 | 11/23/10 | 610 | Debt Recovery Solutions of Ohio<br>PO Box 1307<br>Mansfield, OH 44901 | 33.63 | 33.63 | 0.73 | 0.73 |
| | | | 12 | 11/23/10 | 610 | Debt Recovery Solutions of Ohio<br>PO Box 1307<br>Mansfield, OH 44901 | 8.54 | 8.54 | 0.18 | 0.18 |

(*) Denote:

FILED
2011 MAY 10 PM 1:26
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

```
UNITED STATES
BANKRUPTCY COURT

Northern District of Ohio
CANTON Division

R1  -  000061058
Intake deputy: 2000696 (S. Es.)

May 10, 2011 13:37:01

Code     Case #     Qty      Amount
UF - UNCLAIMED FUNDS
         10-62655RK     1@      $.91CK
Debtor - Johnson
Payment Type - CHECK
Check Number - 114

TOTAL  -           $.91
TEND   -            .91
CHANGE-            0.00

FROM: JOSIAH L MASON
      153 W MAIN ST
      P O BOX 345
      ASHLAND  OH  44805
```